AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

OCT 6 2018

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Jeanette HUERTA
YOB: 1986, COC: USC
Laura HUERTA
YOB: 1989, COC: USC

)
)
)
)
)
)
)
)

Case No. M-18-2066-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 5, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(A)(v)(I) | Knowing or in reckless disregard of the fact that Santos GUEVARA-Montano (COB: El Salvador) and Jose Adrian GAITAN-Guevara (COB: El Salvador), aliens, had come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law; to wit: transportation by vehicle near Donna, Texas. |

This criminal complaint is based on these facts:

SEE "ATTACHMENT A"

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R. Cr. 4.1, and probable cause found on:

☑ Continued on the attached sheet.

/S/ Gerardo Ramirez
*Complainant's signature*

Gerardo Ramirez, HSI TFO
*Printed name and title*

Sworn to before me

Date: 10/06/2018   4:05 p.m.

*Judge's signature*

City and state: McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

Attachment "A"

On October 5, 2018, at approximately 11:15 a.m., Department of Homeland Security (DHS) Agents were conducting surveillance on a target location in the Progreso, Texas area when a black Chevrolet Tahoe passed the location. Agents followed the black Tahoe to the H.E.B. grocery store in Weslaco, Texas. Agents observed a white Chevrolet Tahoe arrive and park next to the black Tahoe. Agents observed four individuals exit the black Tahoe and enter the white Tahoe. Agents maintained surveillance of the white Tahoe as it left the H.E.B. parking lot. During the surveillance, Agents noticed that the white Tahoe was being followed by a black Chrysler 300. It is common for alien and narcotics smugglers to work with escort vehicles. Agents followed the vehicles to a location in Donna, Texas and began surveillance when they observed the black Chrysler leave the residence.

A Hidalgo County Sheriff's Office Deputy conducted a traffic stop of the black Chrysler and identified the two of the passengers in the vehicle were as Laura HUERTA and Jeanette HUERTA. Jeanette HUERTA and Laura HUERTA told agent that they were the owners of the residence in Donna, TX and gave verbal and written consent to search the property.

Agents conducted a search of the residence and encountered four individuals who were determined to be undocumented aliens (UDA). The four UDA's, Jose Adrian GAITAN-Guevara and Santos Samuel GUEVARA-Montano, citizens of El Salvador, were detained for being illegally present within the United States. Laura HUERTA and Jeanette HUERTA were placed under arrest for violations of 8 U.S.C. Section 1324 and transported to the Weslaco Border Patrol Station.

Agents conducted a post Miranda interview of Jeanette HUERTA and she stated that her and her two sisters are the owner of the residence in Donna where the UDA's were located. J. HUERTA stated she served 14 months in jail for a prior alien smuggling charge. J. HUERTA stated on October 5th, she transported the UDAs from the H.E.B. in Weslaco to the residence in Donna. She further indicated that her sister had participated in the event by driving the Chrysler 300 and serving as an escort while she drove the UDA's to the house.

Agents conducted a post Miranda interview of Laura HUERTA. L. HUERTA stated she was driving the black Chrysler 300 and was escorting her sister to the residence. L. HUERTA stated she followed her sister in the Chrysler while J. HUERTA transported UDAs to her residence. L. HUERTA stated that she knew her sister was transporting the UDAs from the H.E.B to the residence in Donna.

Agents interviewed the UDAs involved found at the residence including Jose Adrian GAITAN-Guevara, a citizen of El Salvador. GAITAN stated he arrived approximately two days ago in Reynosa, Mexico, before crossing the Rio Grande River into the United States on October 4, 2018. GAITAN told agents that he paid $10,000 USD to be smuggled to Houston, Texas. GAITAN stated they were picked up by a male subject that drove them to the H.E.B in Weslaco, Texas. GAITAN positively identified Jeanette HUERTA on a photo lineup as the person that transported

him from the H.E.B. to the residence in Donna, TX where he was found. GAITAN positively identified Laura HUERTA as the person that was inside the residence at Donna, TX.

Agents additionally interviewed Santos Samuel GUEVARA-Montano, a citizen of El Salvador. GUEVARA stated he arrived in Reynosa, Mexico approximately three days ago before crossing the Rio Grande River into the United States on October 4, 2018. GUEVARA said he was going to pay $10,500 USD to be smuggled to Houston, Texas. GUEVARA stated that his group of UDAs' were picked up by a human smuggler and taken to a human stash house for the night. GUEVARA stated a human smuggler arrived in the morning and transported all four subjects to the H.E.B in Weslaco, Texas. GUEVARA positively identify HUERTA as the person driving the white Tahoe and who transported them to the residence in Donna, TX where he was found.